# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE, as Subrogee of GRACE COMMUNITY CHURCH OF RENO,<br><br>Plaintiff<br><br>v.<br><br>ASPEN PUMPS, a foreign entity; and DOE DEFENDANTS 1-10, inclusive,<br><br>Defendants | Case No.: 3:24-cv-00037-LRH-CSD<br><br>**Order**<br><br>Re: ECF No. 26 |

The substitution of counsel set forth at ECF No. 26 is approved pursuant to Local Rule IA 11-6.

**IT IS SO ORDERED**.

Dated: April 30, 2024

_____
Craig S. Denney
U.S. Magistrate Judge