Laurin D. Quiat, Bar No. 14687 (*pro hac vice*)
lquiat@bakerlaw.com
Sammantha J. Tillotson Bar No. 50267 (*pro hac vice*)
stillotson@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California St., Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Robert W. Hernquist, Nevada Bar No. 10616
rhernquist@howardandhoward.com
**HOWARD & HOWARD**
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89169
Telephone: 702.667.4834
Facsimile: 702.567.1568

*Attorneys for Defendant*
*Aspen Pumps, Inc.*

Roger O'Donnell
Steve Guinn
**LAXALT LAW GROUP**
9790 Gateway Dr., Suite 200
Reno, NV 89521
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, as Subrogee of GRACE COMMUNITY CHURCH OF RENO<br><br>Plaintiff,<br><br>v.<br><br>ASPEN PUMPS; and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No.: 3:24−CV−00037−CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DEEM CERTAIN FACTS ADMITTED (Doc. 36) AND MOTION IN LIMINE TO EXCLUDE DEFENDANT'S EXPERT REPORTS (Doc. 35)**<br><br>**(FIRST REQUEST)** |

1  Plaintiff Brotherhood Mutual Insurance Company ("Brotherhood" or "Plaintiff")
2  and Defendant Aspen Pumps, Inc. ("Aspen Pumps" or "Defendant") (collectively the
3  "Parties"), by and through their counsel of record, submit this stipulation to extend the
4  deadline for Defendant to file its Opposition briefs to Plaintiff's Motion to Deem Certain
5  Facts Admitted (Doc. 36) and Plaintiff's Motion in Limine to Exclude Defendant's Expert
6  Report and Rebuttal Expert Report and All Supplements Thereto (Doc. 35) from December
7  5, 2024, to December 11, 2024. This is the parties' first request to extend these deadlines.
8  This Motion is supported by good cause and not made for the purposes of undue delay.
9  Presently, there is no trial scheduled. Fact discovery is set to close on December 31, 2024.

IT IS SO STIPULATED

DATED: November 25, 2024

| **LAXALT LAW GROUP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: /s/ *Roger O'Donnell*<br>Roger O'Donnell<br>Steve Guinn<br>Laxalt Law Group<br>9790 Gateway Dr., Suite 200<br>Reno, NV 89521<br><br>*Attorneys for Plaintiff* | By: /s/ *Sammantha J. Tillotson*<br>Laurin D. Quiat (*pro hac vice*)<br>Sammantha J. Tillotson (*pro hac vice*)<br>Baker & Hostetler LLP<br>1801 California St.<br>Suite 4400<br>Denver, CO 80202<br><br>Robert W. Hernquist<br>Howard & Howard<br>3800 Howard Hughes Parkway,<br>Suite 1000<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant* |

BAKER & HOSTETLER LLP
DENVER
HOWARD & HOWARD
LAS VEGAS

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the deadline for Defendant's Opposition to Plaintiff's Motion to Deem Certain Facts Admitted (Doc. 36) and Motion in Limine to Exclude Defendant's Expert Report and Rebuttal Expert Report and All Supplements Thereto (Doc. 35) is hereby **EXTENDED** from December 5, 2024, to December 11, 2024

**IT IS SO ORDERED.**

DATED this ___26th___ day of ___November___, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**