UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>ASPEN PUMPS,<br><br>Defendant. | Case No. 3:24-cv-00037-ART-CSD<br><br>ORDER |

Pending before the Court is Defendant's motion to extend the deadline to file its opposition to Plaintiff's motion for summary judgment (ECF No. 40) and Defendant's motion to supplement its opposition briefing (ECF No. 59).

In its motion to extend, Defendant explained that discovery was still ongoing and would not be concluded before its December 12, 2024 deadline to respond to Plaintiff's motion for summary judgment. (ECF No. 40.) Depositions that were yet to occur were relevant to issues in the summary judgment motion. (*Id.*) Defendant subsequently timely filed its opposition to Plaintiff's motion for summary judgment. (ECF No. 46.) Discovery concluded on December 31, 2024. (ECF No. 33.)

In its motion to supplement, filed on January 31, 2025, Defendant requests that the Court consider additional material facts obtained since its opposition brief was filed in the Court's summary judgment analysis. (ECF No. 59.) Plaintiff has not opposed the motion. The Court finds that good cause exists to grant the motion to supplement and will consider Defendant's supplemental briefing in its summary judgment analysis.

//

//

1

1 The Court therefore DENIES as moot Defendant's motion to extend (ECF No. 40).

3 The Court further GRANTS Plaintiff's motion to supplement (ECF No. 59).

DATED: April 9, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2