Laurin D. Quiat, Bar No. 14687 (*pro hac vice*)
lquiat@bakerlaw.com
Sammantha J. Tillotson Bar No. 50267 (*pro hac vice*)
stillotson@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California St., Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Robert W. Hernquist, Nevada Bar No. 10616
rhernquist@howardandhoward.com
**HOWARD & HOWARD**
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89169
Telephone: 702.667.4834
Facsimile: 702.567.1568

*Attorneys for Defendant*
*Aspen Pumps, Inc.*

Roger O'Donnell
Steve Guinn
**LAXALT LAW GROUP**
9790 Gateway Dr., Suite 200
Reno, NV 89521
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, as Subrogee of GRACE COMMUNITY CHURCH OF RENO<br><br>Plaintiff,<br><br>v.<br><br>ASPEN PUMPS; and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No.: 3:24−CV−00037−CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Brotherhood Mutual Insurance Company ("Brotherhood" or "Plaintiff") and Defendant Aspen Pumps, Inc. ("Aspen Pumps" or "Defendant") (collectively the "Parties"), by and through their counsel of record, pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, that the parties shall have addition time to draft and file the Proposed Joint Pretrial Order ("JPTO") up to and including July 21, 2025.

On May 20, 2025, the Court entered its Order Denying Plaintiffs' Motion in Limine to Exclude Defendant's Experts as well as Plaintiff's Motion for Summary Judgment and granting in part Defendant's Cross-Motion for Summary Judgment [Dkt. 1]. Pursuant to LR 26-1, the Court's May 20, 2025 Order triggered the parties' current deadline to file their JPTO—June 20, 2025.

Over the last month, the parties have been conferring and working towards the finalization of the JPTO. However, the parties are in need of additional time to finalize their respective exhibit lists, ensure that exhibit lists are not duplicative, and to confer regarding objections to their respective exhibits. Further, the parties are still working to finalize their deposition designations and objections thereto.

Accordingly, the parties now respectfully propose to extend the filing of the JPTO by approximately one month, up to and including July 21, 2025. Good cause exists for the extension set forth herein. This is the first request for an extension of this deadline and is not intended to cause any delay.

This stipulation is submitted for the limited purpose of extending the above deadline and is without prejudice to any parties' rights, especially given that there is no trial date currently set in this matter.

IT IS SO STIPULATED

DATED: June 18, 2025

| **LAXALT LAW GROUP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: /s/ *Roger O'Donnell*<br>Roger O'Donnell<br>Steve Guinn<br>Laxalt Law Group<br>9790 Gateway Dr., Suite 200<br>Reno, NV 89521<br><br>*Attorneys for Plaintiff* | By: /s/ *Sammantha J. Tillotson*<br>Laurin D. Quiat (*pro hac vice*)<br>Sammantha J. Tillotson (*pro hac vice*)<br>Baker & Hostetler LLP<br>1801 California St., Suite 4400<br>Denver, CO 80202<br><br>Robert W. Hernquist<br>Howard & Howard<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant* |

# ORDER

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the deadline for the Proposed Joint Pretrial Order is hereby extended as agreed to by the parties to July 21, 2025.

**IT IS SO ORDERED.**

DATED this __20th__ day of __June__, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

# PROOF OF SERVICE

I hereby certify that I am an employee of Baker & Hostetler LLP, and that on the 18th day of June, 2025, I caused to be served a true and correct copy of the foregoing in the following manner:

(U.S. MAIL) Pursuant to Fed. R. Civ. P. 5(b)(2)(C), the above-referenced document was mailed in a first class, postage-paid envelope to the following:

Roger O'Donnell
Steve Guinn
Laxalt Law Group
9790 Gateway Dr., Suite 200
Reno, NV 89521
rodonnell@laxaltlaw.com
sguinn@laxaltlaw.com

/s/ Stephanie Bliss