Laurin D. Quiat, Bar No. 14687 (*pro hac vice*)
lquiat@bakerlaw.com
Sammantha J. Tillotson Bar No. 50267 (*pro hac vice*)
stillotson@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California St., Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Robert W. Hernquist, Nevada Bar No. 10616
rhernquist@howardandhoward.com
**HOWARD & HOWARD**
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, NV 89169
Telephone: 702.667.4834
Facsimile: 702.567.1568

*Attorneys for Defendant*
*Aspen Pumps, Inc.*

Roger O'Donnell (NV Bar No. 14593)
Steve Guinn (NV Bar No. 5341)
**LAXALT LAW GROUP**
9790 Gateway Dr., Suite 200
Reno, NV 89521
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, as Subrogee of GRACE COMMUNITY CHURCH OF RENO,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN PUMPS; and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No.: 3:24−CV−00037−ART- CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Brotherhood Mutual Insurance Company ("Brotherhood" or "Plaintiff") and Defendant Aspen Pumps, Inc. ("Aspen Pumps" or "Defendant") (collectively the "Parties"), by and through their counsel of record, pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, that the parties shall have addition time to draft and file the Proposed Joint Pretrial Order ("JPTO") up to and including August 4, 2025.

On May 20, 2025, the Court entered its Order Denying Plaintiffs' Motion in Limine to Exclude Defendant's Experts as well as Plaintiff's Motion for Summary Judgment and granting in part Defendant's Cross-Motion for Summary Judgment [Dkt. 1]. Pursuant to LR 26-1, the Court's May 20, 2025 Order triggered the parties' first deadline to file their JPTO—June 20, 2025. Subsequently, the Court granted the parties' Stipulation and Order to Extend Deadline to File Proposed Joint Pretrial Oder (First Request) (Document Nos. 69 [Stipulation, unsigned by the Court] and 70 [Stipulation, with Order signed by the Court]).

Since then, the parties have continued to confer and work towards the finalization of the JPTO. However, the parties are in need of additional time to finalize their respective exhibit lists and to confer regarding objections to their respective exhibits. Further, the parties are still working to finalize their deposition designations and objections thereto. Further, and most triggering of the need for additional time, the parties are working diligently to ensure mutual availability for proposed trial dates, but the parties have been unable to ensure mutual calendar availability for all relevant parties, counsel and expert witnesses. The parties expect that another 14 days will be sufficient to finalize the outstanding issues.

The parties have circulated working drafts of the JPTO to each other, and are nearing finalization of a mutually agreed version, and agree there appears to be no dilatory motive from counsel or parties on either side of this case.

Accordingly, the parties now respectfully propose to extend the filing of the JPTO

- 1 -

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
CASE NO.: 3:24−CV−00037−CSD
4892-5330-5561.1
4886-2311-7274.1
4883-7070-1032.1
4906-7001-2239.2

by approximately two weeks, up to and including August 4, 2025. Good cause exists for the extension set forth herein. This is the second request for an extension of this deadline and is not intended to cause any delay.

This stipulation is submitted for the limited purpose of extending the above deadline and is without prejudice to any parties' rights, especially given that there is no trial date currently set in this matter.

IT IS SO STIPULATED

DATED: July 21st, 2025

| **LAXALT LAW GROUP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: /s/ *Roger O'Donnell* <br> Roger O'Donnell <br> Steve Guinn <br> Laxalt Law Group <br> 9790 Gateway Dr., Suite 200 <br> Reno, NV 89521 <br><br> *Attorneys for Plaintiff* | By: /s/ *Sammantha J. Tillotson* <br> Laurin D. Quiat (*pro hac vice*) <br> Sammantha J. Tillotson (*pro hac vice*) <br> Baker & Hostetler LLP <br> 1801 California St. <br> Suite 4400 <br> Denver, CO 80202 <br><br> Robert W. Hernquist <br> Howard & Howard <br> 3800 Howard Hughes Parkway, <br> Suite 1000 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Defendant* |

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
CASE NO.: 3:24−CV−00037−CSD
4892-5330-5561.1
4886-2311-7274.1
4883-7070-1032.1
4906-7001-2239.2

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the deadline for the Proposed Joint Pretrial Order is hereby extended as agreed to by the parties to August 4, 2025.

**IT IS SO ORDERED.**

DATED this 21st day of July, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

- 3 -
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
CASE NO.: 3:24−CV−00037−CSD
4892-5330-5561.1
4886-2311-7274.1
4883-7070-1032.1
4906-7001-2239.2