**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, as Subrogee of GRACE COMMUNITY CHURCH OF RENO | Case No.: 3:24-CV-00037-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR DISMISSAL** |
| ASPEN PUMPS; and DOE DEFENDANTS 1-10, | |
| Defendants. | |

Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY, as Subrogee of GRACE COMMUNITY CHURCH OF RENO and Defendant ASPEN PUMPS, by and through their undersigned attorneys, and in accordance with FRCP 41(a)(1)(A)(ii), hereby

stipulate and agree that this matter may be dismissed with prejudice with each party to

bear its own fees and costs.

IT IS SO STIPULATED

DATED: April 7, 2026

**LAXALT LAW GROUP**                    **BAKER & HOSTETLER LLP**

By: /s/ *Roger O'Donnell*               By: /s/ *Sammantha J. Tillotson*
    Roger O'Donnell                       Laurin D. Quiat (*pro hac vice*)
    Steve Guinn                            Sammantha J. Tillotson (*pro hac*
    Laxalt Law Group                      *vice*)
    9790 Gateway Dr., Suite 200           Baker & Hostetler LLP
    Reno, NV 89521                        1801 California St.
                                      Suite 4400
*Attorneys for Plaintiff*                Denver, CO 80202

                                              Robert W. Hernquist
                                              Howard & Howard
                                                3800 Howard Hughes Parkway,
                                                Suite 1000
                                                Las Vegas, Nevada 89169

                                                *Attorneys for Defendant*

### ORDER

    This Court, having reviewed and considered the Stipulation by the parties, and good cause appearing therefore, it is hereby ordered that this matter may be dismissed with prejudice with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED this 7th day of April, 2026.

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**